# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**STEPHEN T. ENSIGN**  Case No.: 3:16−cv−01609−HZ
**Appellant(s).**

v.

**U.S. BANK NATIONAL ASSOCIATION**
**Appellee(s).**

_____ /

## Bankruptcy Appeal Scheduling Order and Case Assignment Notice

**1.     Presiding Judge:** The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned for all further proceedings to:

> Presiding Judge. . . . . . . . . . . . . . . . . . . . . . Hon. Marco A. Hernandez
> Presiding Judge's Suffix Code*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . HZ
>
> *These letters must follow the case number on all future filings.

**2.     Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to:

> Michelle Rawson
> Telephone:  503−326−8051
> Email:  michelle_rawson@ord.uscourts.gov

**3.     Case Administrator/Docket Clerk:** Questions about CM/ECF filings or docket entries in this matter should be directed to:

> Telephone:  503−326−8050

**4.     Place of Filing:** All non−electronic filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (See LR 3−1 and LR 5−5).

**5.     Briefing Schedule:** Pursuant to LR 2200−6(f) the following briefing schedule is set:

   **a.**    The appellant shall serve and file his brief within within thirty (30) days after the docketing of notice that the record has been transmitted or is available electronically pursuant to Fed. R. Bankr. P. 8018;

   **b.**    The appellee shall serve and file his brief within thirty (30) days after service of the brief of the appellant;

   **c.**    The appellant may serve and file a reply brief within fourteen (14) days after service of the brief on the appellee.

    **d.**  Requests for oral argument shall be file pursuant to U.S. District Court Local Rule 7–1(d)(2).

**6.**  **District Court Website:** Information about local rules of practice; CM/ECF electronic filing requirements; responsibility to redact personal identifiers from pleadings, motions, and other papers; and other related court information can be accessed on the court's website at ord.uscourts.gov.

**DATED:** August 23, 2016        **MARY L. MORAN**
                                            **Clerk of Court**

                                      by:  /s/ E. Oss
                                               E. Oss, Deputy Clerk