1

2

3

4

5

6

7                      CIRCUIT COURT OF OREGON FOR YAMHILL COUNTY

8
U.S. BANK NATIONAL ASSOCIATION, AS
9   TRUSTEE FOR GREENPOINT MORTGAGE
FUNDING   TRUST   MORTGAGE   PASS-   NO. 15CV14368
10  THROUGH  CERTIFICATES,  SERIES  2006-
AR7,
11
PLAINTIFF'S CERTIFICATE OF MAILING
12              Plaintiff,

13        v.

14
LAURA A. ENSIGN; STEPHEN T. ENSIGN;
15  GREENPOINT MORTGAGE FUNDING, INC.;
SUNTRUST      BANK;      MORTGAGE
16  ELECTRONIC   REGISTRATION   SYSTEMS,
INC.;   AND   PERSONS   OR   PARTIES
17  UNKNOWN CLAIMING ANY RIGHT, TITLE,
LIEN, OR INTEREST IN THE PROPERTY
18  DESCRIBED IN THE COMPLAINT HEREIN,
19
Defendants.
20

21        I, Christopher Kirkum , declare:

22        I am over the age of 18 years and I am competent to be a witness herein.  On  September 12,
23
2016, I , in compliance with the notification requirements pursuant to the laws of the State of Oregon,
24
25  I caused to be deposited in the United States Mail, certified, and postage prepaid, copies of the

26  following:

27        Declaration of Mailing
28
Notice of Change of Address

PLAINTIFF'S DECLARATION OF MAILING - 1

60128-19703-JUD-ORDeclaration_of_Mailing_-_OR_-_revised (12)

Law Offices
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle WA 98164
(206) 876-9640

ATTAchmt A

1

2          Praecipe for Writ of Execution

3          Writ of Execution in Foreclosure

4     addressed to each of the following:

5     Laura A. Ensign & Stephen T. Ensign
6     29425 NW Mount Richmond Rd
      Gaston, OR 97119
7
8     **I hereby declare that the above statement is true to the best of my knowledge and belief, and
      that I understand it is made for use as evidence in court and is subject to penalty of perjury.**
9

10

11    DATED this 12 day of September, 2016.

12

13                                        _____

14                                        Christopher Kirkum
                                          Foreclosure Specialist
15                                        Robinson Tait, P.S.

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S DECLARATION OF MAILING - 2
60128-19703-JUD-ORDeclaration_of_Mailing_-_OR_-_revised (12)

Law Offices
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle WA 98164
(206) 676-9640

1
2
3
4
5
6
7

CIRCUIT COURT OF OREGON FOR YAMHILL COUNTY

8
9
10
11

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR7,

NO. 15CV14368

PRAECIPE FOR WRIT OF EXECUTION

12

Plaintiff,

13

v.

14
15
16
17
18
19

LAURA A. ENSIGN; STEPHEN T. ENSIGN; GREENPOINT MORTGAGE FUNDING, INC.; SUNTRUST BANK; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,

Defendants.

20
21

TO THE CLERK OF THE ABOVE ENTITLED COURT:

22
23

You are hereby requested and instructed to issue an execution to the Sheriff of Yamhill County upon

judgment dated March 8, 2016 in the above cause as follows:

24
25

**Lenders Principal Judgment:**

26
27
28

| | |
|---|---|
| 1. Unpaid Principal Balance | $521,491.80 |
| 2. Pre-Judgment Interest from January 1, 2011 to December 10, 2015 the date calculated in the Declaration in Support of Judgment | $68,097.91 |
| 3. Lenders Fees and Costs | $31,210.46 |

PRAECIPE FOR WRIT- 1
60128-19703-JUD-ORPraecipe_for_Writ_-_OR_-_revised (4)

*Law Offices*
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle, WA 98164
(206) 676-9640

1

2      4. Attorney's Fees and Costs                    $5,879.00

3           *Total Judgment Award Entered*            $626,679.17

4    **Additional Pre Judgment Interest**

5      1. Accrued Interest from December 11, 2015 to
6         March 8, 2016 the date of entry of Judgment   $5,156.66

7           *Total Judgment Award*                     $631,835.83

8    **Post Judgment Interest**

9
       1. Accrued Post Judgment Interest at a rate of 9%
10        per annum or at $155.80, from March 9, 2016,
          the day after the entry of judgment, through
11        September 1, 2016, the date the writ is being
12        requested                                     $27,576.60

13          *Current Total Amount Owing on the Judgment Award*     $659,412.43

14     2.      In addition to the above, interest continues to accrue on the total of the amounts listed
15
16   above at the rate of 9% per annum or at $155.80 per diem in accordance with the General Judgment

17   Determining Amount Owed and Foreclosure and continues to accrue until the date of sale.

18     3.      Plaintiff is entitled to the costs of this writ, Sheriff's fees and sale costs, and all other

19   recoverable costs pursuant to law.

20
       4.      This execution is to be issued as:  Foreclosure on Real Property. The real property is
21
22   not the homestead of the judgment debtors.  The Real Property should be sold because of default in

23   payment of a mortgage or deed of trust and judgment for failure to pay amounts owed.  The judgment

24   does not arise out of an obligation to pay child support.

25   //

26   //
27
28   //

PRAECIPE FOR WRIT- 2
60128-19703-JUD-ORPraecipe_for_Writ_-_OR_-_revised (4)

*Law Offices*
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle, WA 98164
(206) 676-9640

1
2    //

3        5.      It is hereby certified that the provisions of this request for issuance of a Writ of

4    Execution conform to the terms of the aforementioned judgment of record in the cause and to the

5    laws of the State of Oregon; and issued at the request of the undersigned.

6

7

8    DATED this __8__ day of September, 2016.

9

10

11   _____

     [X]Craig Peterson, OSB #120365
12   Email: cpeterson@robinsontait.com
     [ ]Brandon Smith, OSB #124584
13   Email: bsmith@robinsontait.com
     [ ]Jaimie Fender, OSB #120832
14   Email: jfender@robinsontait.com
     [ ]Kimberly Hood, OSB #123008
15   Email: KHood@robinsontait.com
     [ ]Michael Althouse, OSB #150793
16   Email: malthouse@robinsontait.com
     Robinson Tait, P.S.
17   Attorneys for Plaintiff
     Tel: (206) 676-9640
18   Fax: (206) 676-9659
19

20

21

22

23

24

25

26

27

28

PRAECIPE FOR WRIT- 3
60128-19703-JUD-ORPraecipe_for_Writ_-_OR_-_revised (4)

Law Offices
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle, WA 98164
(206) 676-9640

1

2  Craig Peterson, OSB #120365
   Brandon Smith, OSB #124584
3  Jaimie Fender, OSB #120832
   Kimberly Hood, OSB #123008
4  Michael Althouse, OSB #150793
   Robinson Tait, P.S.
5  901 Fifth Avenue, Suite 400
6  Seattle, WA 98164
   Phone: (206) 676-9640
7  Fax: (206) 676-9659
8  Email: cpeterson@robinsontait.com
   Email: bsmith@robinsontait.com
9  Email: jfender@robinsontait.com
   Email: khood@robinsontait.com
10 Email: malthouse@robinsontait.com

11           CIRCUIT COURT OF OREGON FOR YAMHILL COUNTY

12

13 U.S. BANK NATIONAL ASSOCIATION, AS
   TRUSTEE FOR GREENPOINT MORTGAGE
14 FUNDING   TRUST   MORTGAGE   PASS-   NO. 15CV14368
   THROUGH CERTIFICATES, SERIES 2006-
15 AR7,                                  WRIT OF EXECUTION IN FORECLOSURE

16              Plaintiff,

17
        v.
18

19 LAURA A. ENSIGN; STEPHEN T. ENSIGN;
   GREENPOINT   MORTGAGE   FUNDING,
20 INC.;  SUNTRUST  BANK;  MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS,
21 INC.;  AND  PERSONS  OR  PARTIES
   UNKNOWN  CLAIMING  ANY  RIGHT,
22 TITLE, LIEN, OR INTEREST IN THE
23 PROPERTY   DESCRIBED   IN   THE
   COMPLAINT HEREIN,
24

25              Defendants.

26 TO: YAMHILL COUNTY SHERIFF

27

28

---

WRIT OF EXECUTION IN FORECLOSURE - 1
60128-19703-JUD-ORWritExecutionOR.doc

1
2      1.      WHEREAS, on March 8, 2016, in the above-entitled court, a judgment of foreclosure

3  was enrolled and docketed in the above-entitled cause, a true copy of which is attached hereto as

4  Exhibit "A" and made a part hereof;

5      2.      WHEREAS, pursuant to ORS 18.862, the Judgment Creditor's address is as follows:

6
7          U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust
           Mortgage Pass-Through Certificates, Series 2006-AR7
8          c/o Ocwen Loan Servicing
           1661 Worthington Rd., #100
9          West Palm Beach, FL 33409

10         For the purpose of this Writ, the Judgment Creditor's address is as follows:

11
           Ocwen Loan Servicing
12         c/o Robinson Tait, P.S.
           901 Fifth Avenue, Suite 400
13         Seattle, Washington 98164

14     3.      WHEREAS, the real property to be sold pursuant to the above referenced judgment is
15
16  legally described as

17  PARCEL(S) 2, PARTITION PLAT 1990-39, COUNTY OF YAMHILL, STATE OF OREGON.

18  and commonly known as 29425 NW Mount Richmond Rd, Gaston, OR 97119.

19     4.      NOW, THEREFORE, IN THE NAME OF THE STATE OF OREGON, you are
20
21  hereby commanded to sell the above referenced real property, in the manner prescribed by law for the

22  sale of real property upon execution (subject to redemption), all of the interest which the defendants

23  had on September 15, 2006, the date of the Deed of Trust, and also all of the interest which the

24  defendants had thereafter, in the real property described in the judgment, to satisfy the judgment,

25  which as of September 1, 2016,
26
27  **Lenders Principal Judgment:**

28         1. Unpaid Principal Balance                    $521,491.80
           2. Pre-Judgment Interest from January 1, 2011

60128-19703-JUD-OKWritExecutionOR.doc
WRIT OF EXECUTION IN FORECLOSURE - 2

ROBINSON TAIT. P.S.
901 Fifth Avenue, Suite 400
Seattle, WA 98164
(206) 676-9640

1

2           to December 10, 2015 the date calculated in the
        Declaration in Support of Judgment       $68,097.91

3         3. Lenders Fees and Costs        $31,210.46
      4. Attorney's Fees and Costs       $5,879.00

4

5             ***Total Judgment Award Entered***      $626,679.17

6   **Additional Pre Judgment Interest**

7       1.  Accrued Interest from December 11, 2015 to
       March 8, 2016 the date of entry of Judgment   $5,156.66

8

9                ***Total Judgment Award***      $631,835.83

10  **Post Judgment Interest**

11      1.  Accrued Post Judgment Interest at a rate of 9%

12         per annum or at $155.80, from March 9, 2016,
       the day after the entry of judgment, through

13         September 1, 2016, the date the writ is being

14         requested                      $27,576.60

15       ***Current Total Amount Owing on the Judgment Award***   $659,412.43

16  In addition to the above, interest continues to accrue on the total of the amounts listed above

17  at the rate of 9% per annum or at $155.80 per diem, in accordance with the General Judgment of

18

19  Foreclosure and continues to accrue until the date of sale.

20  //

21

22  //

23

24

25  //

26

27  //

28

*Law Offices*
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle, WA 98184
(206) 676-9640

1

2 //

3      5.     THEREFORE, in the name of the State of Oregon you are hereby commanded to seize

4 and sell the above described Property, in the manner prescribed by law; or so much thereof as may be

5 necessary to satisfy the Judgment and Money Award, interest, fees and costs.

6
7      MAKE RETURN HEREOF within 60 days after you receive this writ.

8      DATED this _____ day of _____, 2016.
9

10

11                                     Title

12

13                                       By:

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT OF EXECUTION IN FORECLOSURE - 4
60128-19703-JUD-ORWritExecutionOR.doc

Law Offices
ROBINSON TAIT, P.S.
901 Fifth Avenue, Suite 400
Seattle, WA 98164
(206) 676-9640

# Exhibit "A"

1

2

3

4

5

6

7          CIRCUIT COURT OF OREGON FOR YAMHILL COUNTY

8

9    U.S. BANK NATIONAL ASSOCIATION, AS
     TRUSTEE FOR GREENPOINT MORTGAGE
10   FUNDING TRUST MORTGAGE PASS-           NO. 15CV14368
     THROUGH CERTIFICATES, SERIES 2006-
11   AR7,                                   GENERAL JUDGMENT DETERMINING
                                            AMOUNT OWED AND FORECLOSURE
12                Plaintiff,

13
            v.
14                                          (Clerk's Action Required)

15   LAURA A. ENSIGN; STEPHEN T. ENSIGN;
     GREENPOINT    MORTGAGE     FUNDING,
16   INC.;  SUNTRUST   BANK;   MORTGAGE
     ELECTRONIC  REGISTRATION   SYSTEMS,
17   INC.;   AND   PERSONS   OR   PARTIES
     UNKNOWN    CLAIMING    ANY   RIGHT,
18   TITLE, LIEN, OR  INTEREST  IN  THE
     PROPERTY    DESCRIBED   IN   THE
19   COMPLAINT HEREIN,

20
                  Defendants.
21

22
            THIS MATTER having come on for hearing this day before the undersigned Judge of the
23

24   above entitled court upon the motion of the plaintiff for judgment and foreclosure herein, the

25   plaintiff, U.S. Bank National Association, As Trustee For Greenpoint Mortgage Funding Trust

26   Mortgage Pass-Through Certificates, Series 2006-AR7, appearing and being represented by Craig

27   Peterson, Attorney of Robinson Tait, defendants Laura A. Ensign and Stephen T. Ensign being self-

28

GENERAL JUDGMENT DETERMINING
AMOUNT OWED AND FORECLOSURE - 1
60128-19703-JUD-ORJudgment_Decree_Foreclosure_-_OR_-_revised (9)

                                                        Law Offices
                                              ROBINSON TAIT, P.S.
                                                 710 Second Avenue, Suite 710
                                                    Seattle WA 98104
                                                   (206) 676-9640

represented, plaintiff's Motion for Summary Judgment against defendants having been granted, judgment should be entered in favor of the plaintiff forthwith as more particularly hereafter set forth. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1.      Plaintiff, U.S. Bank National Association, As Trustee For Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7 be awarded judgment in the sum of $521,491.80, together with interest at a rate as provided in the Note from January 1, 2011 through December 10, 2015 in the amount of $68,097.91, with additional pre-judgment interest at the per diem rate of $57.94 as provided in the Note to the date of entry of judgment; plus reasonable attorneys' fees in the amount of $4,292.50, plus other recoverable amounts of $31,210.46, which includes the amounts itemized in the declaration of the lender in support of motion for judgment plus allowable costs of $1,586.50, as itemized in the bill of disbursements and an additional amount for post-judgment sheriff's fees. Said judgment to bear interest until paid at the statutory rate or at the contract rate, whichever is greater; and.

2.      Plaintiff's Deed of Trust on real property in Yamhill County, Oregon, legally described as follows:

**PARCEL(S) 2, PARTITION PLAT 1990-39, COUNTY OF YAMHILL, STATE OF OREGON**

which was recorded on September 20, 2006, under Auditor's File No. 200621774, records of Yamhill County, Oregon, be adjudged and decreed to be a first and paramount lien upon the above described real estate and the whole thereof as security for the payment of the judgment herein set forth, and that

GENERAL JUDGMENT DETERMINING
AMOUNT OWED AND FORECLOSURE - 2
60128-19703-JUD-ORJudgment_Decree_Foreclosure_-_OR_-_revised (9)

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9040

said Deed of Trust be foreclosed and the property therein described is hereby ordered sold by the Sheriff of Yamhill County in the manner provided for by law, and the proceeds therefrom shall be applied to the payment of the judgment, interest, attorneys' fees and costs, and such other sums as plaintiff has advanced prior to judgment, and that such sums shall constitute a first and specific lien and charge upon said real estate, prior and superior to any right, title, estate, lien or interest of the defendant and of any one claiming by, through or under them; and

3.    Any and all persons acquiring any right, title, estate, lien or interest in or to the property described above or any part thereof subsequent to September 15, 2006, the date of the Deed of Trust which is foreclosed herein, be forever barred and estopped from claiming or asserting any right, title, lien or interest in or to said property or any part thereof, save and except for the right of redemption as allowed by law; and

4.    Plaintiff be granted the right to become a bidder and purchaser at the sale and the purchaser shall be entitled to exclusive possession of the property upon completion of sale according to law, and to all right, title and interest in any rents and profits generated or arising from the property during the statutory redemption period; and plaintiff is entitled to such remedies as are available at law to secure possession, including writ of assistance, if defendants or any of them or any other party or person shall refuse to surrender possession to the purchaser immediately upon purchaser's demand for possession; and

5.    Pursuant to ORS 18.950, if any proceeds from the execution sale remain after the payment of costs under ORS 18.950(3) and satisfaction of the judgment, the court administrator shall pay the remaining proceeds as directed by the court in the order of distribution.

**DECLARATION DETERMINING AMOUNT OF DEBT**
*(Not a Money Award, see ORS 18.862, 86.797, and 88.010)*

GENERAL JUDGMENT DETERMINING
AMOUNT OWED AND FORECLOSURE - 3
60128-19703-JUD-ORJudgment_Decree_Foreclosure_-_OR_-_revised (9)

*Law Office*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

1

2  Judgment Creditor:        U.S. Bank National Association, As Trustee For

3                       Greenpoint Mortgage Funding Trust Mortgage

                       Pass-Through Certificates, Series 2006-AR7

4                       c/o Robinson Tait, P.S.

                       710 Second Ave., Suite 710

5                       Seattle, WA 98104

6                       (206) 676-9640

7  Attorney for Judgment Creditor:     Craig Peterson

8                       Robinson Tait, P.S.

                       710 Second Ave., Suite 710

9                       Seattle, WA 98104

10                     (206) 676-9640

11  The name of any person or public body,

    other than the Judgment Creditor's

12  Attorney, who is entitled to any

    portion of the judgment:       None

13

14  Principal Balance:         $521,491.80

15  Simple Interest on the Principal Balance

    from January 1, 2011 to December 10, 2015: $68,097.91

16

17  Other Amounts Due Under Terms of Loan: $31,210.46

18  Attorneys' Fees and Costs:

      Attorneys' Fee: $4,292.50

19      Total Costs: $1,586.50

20  Total Attorney Fees and Costs:    $5,879.00

21

22     TOTAL DEBT OWED      $626,679.17

23 \\

24 \\

25 \\

26 \\

27 \\ Pre-Judgment: Additional pre-judgment interest accrues from December 11, 2015, to the date

28   of entry of judgment at the per diem rate of $57.94, in accordance with the Note

GENERAL JUDGMENT DETERMINING
AMOUNT OWED AND FORECLOSURE - 4
60128-19703-JUD-ORJudgment Decree_Foreclosure_-_OR_-_revised (9)

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
(206) 676-9640

1

2    Post-Judgment: Interest Accrues on the total of the amounts listed above in accordance with
3    the contract rate in the Note, or at the statutory rate of 9% per annum, whichever is greater.

4

5

6

7
                                                        Signed: 2/24/2016 03:51 PM
8

9

10                                                      Circuit Court Judge Cynthia L. Easterday

11   Submitted by:

12

13

14   Kristin Peterson, OSB #120365
     Email: cpeterson@robinsontait.com
15   [ ]Brandon Smith, OSB #124584
     Email: bsmith@robinsontait.com
16   [ ]Zhi Pauline Zheng, OSB #144692
17   Email: pzheng@robinsontait.com
     [ ]Jaimie Fender, OSB #120832
18   Email: jfender@robinsontait.com
     Robinson Tait, P.S.
19   Attorneys for Plaintiff
     Tel: (206) 676-9640
20   Fax: (206) 676-9659

21

22

23

24

25

26

27

28

GENERAL JUDGMENT DETERMINING
AMOUNT OWED AND FORECLOSURE - 5
60128-19703-JUD-ORJudgment_Decree_Foreclosure_-_OR_-_revised (9)

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle WA 98104
( 2 0 6 )  6 7 6 - 9 6 4 0

1

2

3

4

5

6

7

CIRCUIT COURT OF OREGON FOR YAMHILL COUNTY

8

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE

9   FUNDING   TRUST   MORTGAGE   PASS-   NO. 15CV14368
THROUGH CERTIFICATES, SERIES 2006-

10   AR7,                                    NOTICE OF ADDRESS CHANGE OF
COUNSEL FOR PLAINTIFF

11                   Plaintiff,

12

           v.

13

14   LAURA A. ENSIGN; STEPHEN T. ENSIGN;
GREENPOINT MORTGAGE FUNDING, INC.;

15   SUNTRUST      BANK;      MORTGAGE
ELECTRONIC   REGISTRATION   SYSTEMS,

16   INC.;    AND    PERSONS    OR    PARTIES
UNKNOWN CLAIMING ANY RIGHT, TITLE,

17   LIEN, OR INTEREST IN THE PROPERTY
DESCRIBED IN THE COMPLAINT HEREIN,

18

19                   Defendants.

20

21   The mailing address for Robinson Tait, P.S., attorney of record for Plaintiff has changed to:

22   Robinson Tait, P.S.

23   901 Fifth Avenue, Suite 400
Seattle, WA 98164

24

25   DATED this 12 day of September, 2016.

26

27                                   Craig Peterson, OSB #120365
Email: cpeterson@robinsontait.com

28                                   [ ]Brandon Smith, OSB #124584

NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR
PLAINTIFF- 1
60128-19703-JUD-ORNotice of Change of Address - OR.doc